NUMBER 13-02-011-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

RICHARD ALAN NORTON,                                                     Appellant,

 

                                                   v.

 

RUBEN
ZAMORA, ET AL.,                                                     Appellees.

____________________________________________________________________

 

                        On appeal from the 404th  District Court

                                 of Cameron County, Texas.

____________________________________________________________________

 

                          MEMORANDUM OPINION

 

                    Before Justices
Hinojosa, Rodriguez, and Amidei[1]

Opinion
Per Curiam

 








Appellant, RICHARD
ALAN NORTON, perfected an appeal from a judgment entered by the 404th
District Court of Cameron County, Texas, in cause number 2001-04-1820-A.  After the
record and briefs were filed, and after the cause was submitted to the Court,
the parties filed a joint motion to dismiss the appeal.  In the motion, the parties state that this
case has been resolved.  The parties
request that this Court dismiss the appeal.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed 

this the 16th
day of January, 2003.

 











[1]Former
Justice Maurice Amidei, assigned to this Court by the
Chief Justice of the Supreme Court of Texas pursuant to Tex. Gov=t
Code Ann. '
74.003 (Vernon 1998).